# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CR NO: 2:12-mj-0274 CKD
)
SYDNEY KAITLEN RYDER

**FILED OCT 29 2012 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY ___ DEPUTY CLERK**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.
Name of Detainee:     SYDNEY KAITLEN RYDER

Detained at (custodian): **Sacramento County Main Jail**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment      ☐ Information      ☐ Complaint
Charging Detainee With: **21 U.S.C. §841; 21 U.S.C. §846; 18 U.S.C. §924(c)**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ JUSTIN L. LEE
Printed Name & Phone No: **JUSTIN L. LEE (916) 554-2800**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

10/29/12
Date            Dale A. Drozd
United States ~~District~~/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male ☐    Female ☒ |
| Booking or CDC #: | X-4828272 | DOB: 04/02/1993 |
| Facility Address: | 651 I Street | Race: |
| | Sacramento, California 95814 | FBI #: |
| Facility Phone: | | |
| Currently Incarcerated For: | Penal Code §1275 | |

---
### RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                        (Signature)

Form Crim-48                                                                                    Revised 11/19/97